**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7307**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONNIE WAYNE NIPPER,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:04-cr-00434-TDS-1; 1:16-cv-00867-TDS-JEP)

Submitted:  September 10, 2018                    Decided:  September 18, 2018

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Donnie Wayne Nipper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnie Wayne Nipper seeks to appeal the district court's orders accepting the magistrate judge's recommendation, denying Nipper's 28 U.S.C. § 2255 (2012) motion challenging his sentence as an armed career criminal based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and denying reconsideration. We previously placed the appeal in abeyance for *United States v. Hodge*, __ F.3d __, 2018 WL 3999898 (4th Cir. Aug. 22, 2018). In light of our decision in *Hodge*, we grant a certificate of appealability, deny the pending motions as moot, vacate the district court's orders, and remand to the district court for reconsideration of the § 2255 motion in light of *Hodge*. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*
